UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 09-932 |
| ANTHONY R. SUAREZ and VINCENT TABBACHINO | : | <u>ORDER</u> |

This matter having been opened to the Court on the joint application of the United States of America, Paul J. Fishman, United States Attorney (Mark J. McCarren, Assistant U.S. Attorney, appearing) and defendants Anthony R. Suarez (by Michael Critchley, Esq.) and Vincent Tabbachino (by Anthony Kress, Esq.) for an order continuing the proceedings and excluding time from computation under the Speedy Trial Act of 1974; and the charges being the result of a lengthy investigation and the defendants needing sufficient time to review discovery, which includes a large number of audio and video recordings, and to investigate the charges and file motions in this case; and the Court having found, in light of the above, that this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by the Speedy Trial Act of 1974; and the Court having found that an order granting a continuance of the proceedings and excluding time from calculation under the Speedy Trial Act of 1974 should be entered in light of the complexity of the case, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii); that the

ends of justice are served by granting such an order; and for good cause shown,

WHEREFORE, It is on this __2nd__ day of ~~January~~ February, 2010,

ORDERED that this matter is hereby designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

IT IS FURTHER ORDERED THAT the proceedings in this matter shall be continued for the period from January 25, 2010 through on or about June 15, 2010;

IT IS FURTHER ORDERED THAT the period for discovery in this matter shall be extended by 90 days until on or about April 26, 2010;

IT IS FURTHER ORDERED that motions shall be filed on or about June 15, 2010;

IT IS FURTHER ORDERED that any response from the United States shall be filed on or about July 6, 2010;

IT IS FURTHER ORDERED that any reply shall be filed on or about July 20, 2010;

IT IS FURTHER ORDERED that oral argument in this matter shall be conducted on __July 27__, 2010 at __10:30 am__

IT IS FURTHER ORDERED that trial shall commence on or about September 14, 2010; and

IT IS FURTHER ORDERED that the time period from January 25, 2010 through June 15, 2010 shall be excluded from computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that the remaining provisions of the

Order for Discovery and Inspection shall remain in full force and effect.

HONORABLE JOSE L. LINARES
United States District Judge

I hereby consent to the
entry and form of this Order

Paul J. Fishman
United States Attorney

Mark J. McCarren
Assistant U.S. Attorney

Michael Critchley, Esq.
Counsel for Anthony R. Suarez

Anthony Kress, Esq.
Counsel for Vincent
Tabbachino