NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No.: 09-932 (JLL) |
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY R. SUAREZ and VINCENT TABBACHINO, | |
| Defendants. | |

Jury selection in this matter has been re-scheduled for **Wednesday, September 22, 2010 at 9:30 AM** before this Court in Courtroom 5D, 5th floor of the Martin Luther King Jr., Federal Building, Newark, New Jersey. Trial will commence on **Monday, October 4, 2010 at 9:30 AM**.

**IT IS** on this 6th day of August, 2010, **SO ORDERED**.

/s/ Jose L. Linares
Jose L. Linares
United States District Judge