NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ANTHONY R. SUAREZ and VINCENT TABBACHINO,<br><br>          Defendants. | Criminal Action No.: 09-932 (JLL)<br><br>**ORDER** |

Jury selection in this matter has been re-scheduled for **Wednesday, September 22, 2010 at 9:30 AM** before this Court in Courtroom 5D, 5th floor of the Martin Luther King Jr., Federal Building, Newark, New Jersey. Trial will commence on **Monday, October 4, 2010 at 9:30 AM**.

**IT IS** on this 6th day of August, 2010, **SO ORDERED**.

          /s/ Jose L. Linares
          Jose L. Linares
          United States District Judge