UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | |
| v. | : | Criminal No. 09-932 |
| | : | |
| ANTHONY R. SUAREZ and | : | **PROTECTIVE ORDER** |
| VINCENT TABBACHINO | : | **BY CONSENT** |

This application having been opened to the Court by the United States (Paul J. Fishman, United States Attorney, by Maureen Nakly and Mark McCarren, Assistant U.S. Attorneys, appearing) under Rule 16(d)(1) of the Federal Rules of Criminal Procedure for a protective order limiting disclosure of protected materials that will be provided to defense counsel pursuant to the Court's standing discovery order to include (a) bankruptcy depositions and other bankruptcy materials subject to the protective order dated October 28, 2009, issued by the Honorable Kathryn C. Ferguson in the federal bankruptcy matter, Case No. 07-11757 (KCF); (b) materials and information relating to uncharged third parties and/or ongoing investigations; (c) tax returns and return information; (d) materials and information that relate to cooperating witness(es) and personal security matters; and (e) other materials produced in accordance with the Government's Giglio obligations (collectively, the "Protected Materials").

For good cause shown; and

The parties having consented:

IT IS on this **30** day of **Aug** 2010,

ORDERED that:

1. The Protected Materials shall not be disclosed to anyone other than defendant, defendant's counsel and any agent working at the direction of defense counsel in this matter;

2. The Protected Materials only will be used in the preparation of the defense in this case and notwithstanding the provisions of Paragraph 1, the defense shall be permitted to review, with prospective witnesses and their counsel, all materials referenced in Paragraph 1 to the extent necessary to prepare the defense;

3. Notwithstanding any other provision, the defense shall be permitted to disclose any materials provided in Paragraph 1 in connection with the filing of the defendant's motions with the Court, or for use at trial; and

4. If there is a need prior to trial or during trial to disclose the Protected Materials beyond that permitted by this Order, then the defendant will make an application to the Court upon notice to the government, requesting authorization.

HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

2

Case 2:09-cr-00932-JLL   Document 35   Filed 08/31/10   Page 3 of 3 PageID: 235

Maureen Nakly
Mark McCarren
Assistant U.S. Attorneys

_____
John Michael Vazquez
Critchley, Kinum & Vasquez, LLC
Counsel for Defendant Suarez

_____
Defendant Anthony Suarez

_____
Anthony A. Kress, Esq.
Counsel for Defendant Tabbachino

_____
Defendant Vincent Tabbachino

3