UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | |
| v. | : | Criminal No. 09-932 |
| | : | |
| ANTHONY R. SUAREZ and | : | **PROTECTIVE ORDER** |
| VINCENT TABBACHINO | : | |

This application having been opened to the Court by the
defendant Anthony R. Suarez (Michael Critchley, Esq., and John
Vazquez, Esq., appearing) for an order directing the production
of all videotapes of the depositions conducted in the bankruptcy
proceedings captioned In Re: Solomon Dwek, et al., Case No. 07-
11757, 07-11974, 07-11976, 07-11982 (KCF), during October 2009,
and the United States of America having consented thereto (Paul
J. Fishman, United States Attorney, by Mark J. McCarren and
Maureen Nakly, Assistant U.S. Attorneys, appearing);

and it appearing that the videotapes of said depositions
were placed under seal upon application of the United States of
America by order dated October 28, 2009 signed by the Honorable
Kathryn C. Ferguson; and for good cause shown;

IT IS on this 27th day of September 2010,

ORDERED that the United States shall provide copies to
defendant Suarez of any videotapes of the depositions of Solomon
Dwek recorded during October 2009 and subsequently placed under
seal for preparation of the defense;

IT IS FURTHER ORDERED that such videotapes shall not be

disseminated by defendant or defense counsel to any third party without further order of this court; and

IT IS FURTHER ORDERED that if there is a need prior to trial or during trial to disclose such videotapes beyond that permitted by this Order, then the defendant will make an application to the Court upon notice to the government, requesting authorization.

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE