NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATE OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | CRIM ACTION NO. 09-932 (JLL) |
| ANTHONY SUAREZ and VINCENT TABBACHINO | : | **ORDER** |
| Defendants. | : | |

**LINARES, District Judge.**

**IT IS** on this 5th day of October, 2010,

**ORDERED** that the parties shall appear before the undersigned on October 8, 2010 at 9:30 AM for a hearing regarding text messages and FBI 302 reports; and it is further

**ORDERED** that the government shall produce a witness or witnesses to opine on the FBI's procedures for (1) the preservation of text messages and (2) the drafting and preservation of FBI 302 reports.

**SO ORDERED.**

/s/ Jose L. Linares
United States District Judge