NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY SUAREZ and VINCENT TABBACHINO,<br><br>    Defendants. | Criminal Action No.: 09-932 (JLL)<br><br>**ORDER** |

  Currently before this Court is a Motion filed by Defendants requesting, inter alia, that as a result of the Government's failure to produce certain electronic text messages related to its investigation of Defendants the Court either suppress related evidence or issue an adverse inference instruction. For the reasons set forth in this Court's corresponding Opinion,

  IT IS on this 19th day of October, 2010,

  **ORDERED** that Defendants' Motion In Limine (CM/ECF No. 36) is GRANTED, in part, and DENIED, in part.

  **IT IS SO ORDERED.**

<br>

                _/s/ Jose L. Linares_
                JOSE L. LINARES
                UNITED STATES DISTRICT JUDGE