# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            :         Criminal 2:09-932-JLL-01

    -vs-                            :

ANTHONY SUAREZ,                     :         **JUDGMENT OF ACQUITTAL**

    This cause having come on for trial before the Court, with a jury, and after due deliberation, the jury having returned a verdict of NOT GUILTY,

    It is on this 3rd day of NOVEMBER, 2010;

    **ORDERED** that the defendant, Anthony Suarez is NOT GUILTY of the offenses charged in Counts One, Two and Three of the Indictment; it is further,

    **ORDERED**, that the defendant, Anthony Suarez is acquitted, discharged, and any bond exonerated.

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE